# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 04 2017

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Brian Scott Fellman    Case Number: 0980 2:09CR06087-WFN-1

Address of Offender: ▓▓▓▓ ▓▓▓▓▓▓▓▓, Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: November 29, 2010

Original Offense:     Receipt of Child Pornography, 18 U.S.C. § 2252A(a)(2) and (b)

Original Sentence:    Prison - 70 months          Type of Supervision: Supervised Release
                      TSR - 60 months

Asst. U.S. Attorney:  Stephanie Joyce Lister       Date Supervision Commenced: February 20, 2015

Defense Attorney:     Federal Defender's Office    Date Supervision Expires: February 19, 2020

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 31**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On February 23, 2015, Mr. Fellman was given a copy of his judgment, and his conditions of supervision were explained to him. He signed the judgment, and stated he understood his conditions and that he was expected to follow them.

Mr. Fellman reported to Alcohol Drug Education Prevention and Treatment (ADEPT) on April 27, 2017, to obtain a drug and alcohol assessment. He reported as directed to ADEPT and supplied a urine sample that tested presumptive positive for methamphetamine and THC. The results were sent to the laboratory and were confirmed positive for both methamphetamine and THC on May 3, 2017.

Mr. Fellman called the undersigned officer on April 28, 2017, and self-disclosed he had recently used both methamphetamine and THC. The undersigned officer directed Mr. Fellman to report to the U.S. Probation Office on May 2, 2017. During that meeting, he signed a drug use admission sheet stating he used methamphetamine on or about April 25, 2017, and THC on or about April 18 and April 21, 2017.

Prob12C
Re: Fellman, Brian Scott
May 4, 2017
Page 2

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/04/2017

s/Joshua D. Schlull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

5/4/17

Date