PROB 12C
(6/16)

Report Date: March 2, 2018

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 05 2018

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Brian Scott Fellman                Case Number: 0980 2:09CR06087-WFN-1

Address of Offender:                       Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: November 29, 2010

Original Offense:        Receipt of Child Pornography, 18 U.S.C. § 2252A(a)(2) and (b)

Original Sentence:       Prison - 70 months              Type of Supervision: Supervised Release
                         TSR - 60 months

Asst. U.S. Attorney:     Stephanie J. Lister             Date Supervision Commenced: February 20, 2015

Defense Attorney:        Daniel N. Rubin                 Date Supervision Expires: February 19, 2020

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Numbers | Nature of Noncompliance

1 - 3    **Special Condition # 31**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On February 23, 2015, Mr. Fellman was given a copy of his judgment and his conditions of supervision were explained to him. He signed the judgment, and stated he understood his conditions and that he was expected to follow them.

Mr. Fellman was in direct violation of his conditions by using marijuana on or about February 27, 2018.

On February 27, 2018, the undersigned officer directed Mr. Fellman to report to the U.S. Probation Office. Mr. Fellman reported as directed and a random urine sample was requested from him.

Mr. Fellman provided the urine sample, which tested presumptive positive for marijuana. Mr. Fellman was directly questioned about the positive urine test. Initially he reported he was not using any illegal drugs. Once the undersigned officer informed him the sample would be sent to our toxicology lab, Mr. Fellman then disclosed he had been using marijuana.

Prob12C
Re: Fellman, Brian Scott
March 2, 2018
Page 2

Mr. Fellman signed drug use admission forms stating he used marijuana on February 23, 24, and 25, 2018.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/02/2018

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

3/5/18

Date